UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADEN MAUER-BURNS,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., JOHN/JANE 1-10, fictitious persons; ABC CORP. 1-10, fictitious entities,<br><br>Defendants. | Civil Action No. 1:23-cv-21976-CO-MJS<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**Return Date: February 5, 2024** |

**TO:**   Mark Robert Natale, Esq.
Malamut & Associates, LLC
457 Haddonfield Road
Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE**, that on February 5, 2024, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, as attorneys for Defendant Live Nation Entertainment, Inc., d/b/a Live Nation ("Defendant" or "Live Nation") will move before the Honorable Christine P. O'Hearn, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets Room 1050, Camden, New Jersey 08101, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant will rely on the Memorandum of Law and Certification filed and served herewith.

A proposed form of order accompanies this motion.

        Respectfully submitted,

        **FISHER & PHILLIPS LLP**
        Attorneys for Defendant

By:  *s/Christopher J. Capone*
        Christopher J. Capone

Dated: January 3, 2024

## CERTIFICATE OF SERVICE

On this date, I caused copies of the foregoing: (1) Notice of Motion; (2) Memorandum of Law; (3) Certification of Counsel; and (4) proposed form of Order to be filed via the Court's official CM/ECF system. By virtue of this filing, service is complete upon:

Mark Robert Natale, Esq.
Malamut & Associates, LLC
457 Haddonfield Road
Suite 500
Cherry Hill, New Jersey 08002
*Attorneys for Plaintiff*

Respectfully submitted,

**FISHER & PHILLIPS LLP**

Attorneys for Defendant

By: *s/Christopher J. Capone*
Christopher J. Capone

Dated: January 3, 2024