# MalamutLaw

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

June 6, 2024

<u>Via ECF</u>
The Honorable Christine P. O'Hearn
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    Maurer-Burns v. Live Nation Entertainment, Inc., et al.
             1:23-cv-21976

Dear Judge O'Hearn:

    I represent Plaintiff, Braden Maurer-Burns in the above referenced matter. Currently pending before the Court is Defendant's pre-motion correspondence regarding Defendant's proposed motion to dismiss Plaintiff's Amended Complaint.

    Plaintiff's opposition to Defendant's submission is due today, June 6, 2024. I am respectfully requesting a one-week extension, until June 13, 2024, to submit Plaintiff's opposition in order to provide additional time to finalize the opposition. This is the first request for an extension to file Plaintiff's opposition.

    Thank you for your kind consideration of this request.

                     Respectfully,

                     /s/ Mark R. Natale
                     Mark R. Natale, Esquire

SO ORDERED this __6th__ day of ___June___ 20__24__

*/s/ Christine P. O'Hearn*
United States District Judge

Cherry Hill | Hoboken | Philadelphia
Main Office: 457 Haddonfield Road, Suite 500, Cherry Hill, NJ 08002
866-4MALAMUT | 856 424 2032
www.MalamutLaw.com