# MalamutLaw

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

June 14, 2024

<u>Via ECF</u>
The Honorable Christine P. O'Hearn
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: Maurer-Burns v. Live Nation Entertainment, Inc., et al.
      1:23-cv-21976

Dear Judge O'Hearn:

  I represent Plaintiff, Braden Maurer-Burns in the above referenced matter. Currently pending before the Court is Defendant's pre-motion correspondence regarding Defendant's proposed motion to dismiss Plaintiff's Amended Complaint. Plaintiff's opposition was due by June 13, 2024.

  Unfortunately, there was a death in my family over the past week for which I had to spend time away from the office, and yesterday I attended the funeral. I had planned to file Plaintiff's opposition yesterday but the events took longer than anticipated and I was unable to do so. I am therefore respectfully requesting an extension until this Monday, June 17, 2024 in which to file Plaintiff's opposition to Defendant's pre-motion correspondence.

  Thank you for your kind consideration of this request.

           Respectfully,

           /s/ Mark R. Natale
           Mark R. Natale, Esquire

Cc: Christopher Capone, Esq. (via ECF)

SO ORDERED this __14th__ day of __June__ 20__24__

*/s/ Christine A. O'Hearn*
United States District Judge