# MalamutLaw

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

August 5, 2024

<u>Via ECF</u>
The Honorable Christine P. O'Hearn
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    Maurer-Burns v. Live Nation Entertainment, Inc., et al.
             1:23-cv-21976

Dear Judge O'Hearn:

    I represent Plaintiff, Braden Maurer-Burns in the above referenced matter. Earlier today, I filed a request with the Court that Defendant's Motion to Dismiss Plaintiff's Amended Complaint be adjourned to the following motion day of September 3, 2024.

    I am writing to update the Court that I have heard back from Defense Counsel, and that Defense Counsel consents to the requested adjournment to the September 3, 2024 motion day.

    Thank you for your kind consideration of this request.

                        Respectfully,

                        /s/ Mark R. Natale
                        Mark R. Natale, Esquire

Cc:    Christopher Capone, Esq.